Honorable John C. Coughenour

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH AND WELFARE TRUST FUND and INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES INDUSTRY PENSION FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>KULTUR FLOORING USA, INC., an Illinois corporation,<br><br>Defendant. | CASE NO. C08-1665-JCC<br><br>ORDER FOR DEFAULT JUDGMENT<br><br>**Clerk's Action Required** |

Plaintiffs Employee Painters' Trust Health and Welfare Trust Fund and International Union of Painters & Allied Trades Industry Pension Fund, (the Trust Funds) has moved the Court for Default Judgment against Defendant Kultur Flooring USA, Inc., an Illinois corporation (the Employer).

///

///

///

ORDER FOR DEFAULT JUDG
CASE NO. CV08-1665 JCC - PAGE 1 OF 3

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

## SUMMARY OF JUDGMENT

| | | |
|---|---|---|
| 1. | Judgment Creditors: | Employee Painters' Trust Health and Welfare Trust Fund and International Union of Painters & Allied Trades Industry Pension Fund, |
| 2. | Judgment Debtor: | Kultur Flooring USA, Inc., an Illinois corporation |
| 3. | Liquidated Damages: | $928.19 |
| 4. | Interest to Date of Judgment: | $223.21 |
| 5. | Costs: | $478.39 |
| 6. | Attorney's Fees: | $1,491.50 |
| 7. | Post-Judgment Interest on Delinquent Contributions: | 12% per annum |
| 8. | Attorney for Judgment Creditor: | David L. Tuttle, WSBA No. 38728 EKMAN, BOHRER & THULIN, P.S. |

Pursuant to Plaintiff Trust Funds' Motion for an entry of Default Judgment against Defendant Employer and the Court having considered the pleadings on file, including the Order of Default entered on April 13, 2009, and otherwise being generally advised, it is hereby

**ORDERED** that Plaintiff Trust Funds be awarded a Default Judgment against Defendant Employer in the amount of $3,121.29, representing liquidated damages in the amount of $928.19, interest in the amount of $223.21, costs in the amount of $478.39, and attorney's fees in the amount of $1,491.50, for a total amount owing of $3,121.29.

**IT IS FURTHER ORDERED** that such Default Judgment is deemed a final judgment pursuant to FRCP 54(c) and there is no just reason for delay in entry of such judgment on Plaintiff Trust Funds' claims herein.

**IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total unpaid balance of delinquent contributions at the rate of 12% per annum, pursuant to the terms of the Trust Agreements to which Employer is bound.

ORDER FOR DEFAULT JUDG
CASE NO. CV08-1665 JCC - PAGE 2 OF 3

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

DATED this 5th day of May, 2009.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

s/David L. Tuttle
WSBA #38728
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA 98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: d.tuttle@ekmanbohrer.com
Attorney for Plaintiff Trust Funds

S:\Collections\EPT-3412\Pleadings\2009\Kultur Flooring 3412 USDC Default Judgment Order.doc

ORDER FOR DEFAULT JUDG
CASE NO. CV08-1665 JCC - PAGE 3 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587